MELISSA HOLYOAK, United States Attorney (#9832)
CAROL A. DAIN, Assistant United States Attorney (#10065)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682

FILED US District Court-UT
JAN 28 '26 PM01:50

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MITCHELL ALEX ZAVALA,<br><br>Defendant. | INDICTMENT<br><br>VIOLATION:<br><br>Count 1:  18 U.S.C. § 751(a), Escape.<br><br><br>Case: 2:26-cr-00018<br>Assigned To : Barlow, David<br>Assign. Date : 1/27/2026 |

The Grand Jury Charges:

## COUNT 1
18 U.S.C. § 751(a)
(Escape)

Between on or about November 27, 2025, and December 28, 2025, in the District

of Utah,

MITCHELL ALEX ZAVALA,

defendant herein, did knowingly escape from the custody of the Attorney General and his

authorized representative, which custody was by virtue of a conviction in the United States

District Court for the District of Utah, for the offense of Felon in Possession of a Firearm, a violation of 18 U.S.C. § 922(g)(1); all in violation of 18 U.S.C. § 751(a).

A TRUE BILL:

_____
FOREPERSON OF GRAND JURY

MELISSA HOLYOAK
United States Attorney

_____
CAROL A. DAIN
Assistant United States Attorney

2